No. 75–6534. CARTER *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 75–6535. SWANSON *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. ■

No. 75–6545. RAITPORT *v.* COMMERCIAL BANKS LOCATED WITHIN THIS DISTRICT AS A CLASS ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–6551. STEWART *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. ■

No. 75–6552. IRBY *v.* MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 75–6555. DeLEO *v.* WARDEN, NEVADA STATE PRISON. Sup. Ct. Nev. Certiorari denied.

No. 75–6569. McGEEHAN *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied. ■

No. 75–6672. CASTRO *v.* REGAN, PRISON SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. ■

No. 75–6695. JOHNSON *v.* JOHNSON, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. ■